# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0921
Lower Tribunal No. 2023-CC-001087

_____

MAUREEN KOTCH and LUCILLE A. BISHOP,

Appellants,

v.

SANFORD HEALTH and THE EVANGELICAL LUTHERAN GOOD SAMARITAN SOCIETY d/b/a GOOD SAMARITAN SOCIETY – KISSIMMEE VILLAGE,

Appellees.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the County Court for Osceola County. Gabrielle N. Sanders-Morency, Judge.

March 24, 2026

PER CURIAM

    AFFIRMED.

STARGEL, MIZE and PRATT, JJ., concur.


John J. Martino, Philip D. Storey, and Jeffrey D. Harvey, of Community Legal Services, Daytona Beach, and Randall O. Reder, of ACE Charitable Legal Services, Inc., Savannah, Georgia, for Appellants.

Marie A. Borland, Lauren Ayers, and Shane T. Costello, of Hill Ward Henderson, P.A., Tampa, for Appellees.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED